## ALLEN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 39, September Term, 1963.]

*Decided October 17, 1963.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Charles Harris in the lower court, the application of Clinton N. Allen for leave to appeal from the order denying him post conviction relief from the sentence for a violation of the narcotics law is hereby denied.

*Application denied.*